IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**LEIF HANSEN,**

  Plaintiff,

v.

**GOVERNMENT EMPLOYEES INSURANCE COMPANY,**
a Maryland corporation,

  Defendant.

No. 3:17-cv-01986-MO

JUDGMENT

**MOSMAN, J.**

  For reasons stated on the record at oral argument, Defendant's Motion to Dismiss [21] is GRANTED. Defendant's Motion to Strike [23] is DENIED AS MOOT. Plaintiff's claims are DISMISSED with prejudice. IT IS SO ORDERED.

  DATED this __6__ day of April, 2018.

                   _____
                   MICHAEL W. MOSMAN
                   Chief United States District Judge

1 – JUDGMENT